BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:15-MJ-0039-AC |
|  | ) 2:15-MJ-0040-AC |
| Plaintiff, | ) 2:15-MJ-0041-AC |
|  | ) |
| v. | ) STIPULATION AND ORDER |
|  | ) CONTINUING PRELIMINARY HEARING |
| BRYCE BEAVER, | ) DATE |
| CHARLES BEAVER, and | ) |
| SHAROD GIBBONS, | ) |
|  | ) Judge: Hon. Kendall J. Newman |
|  | ) |
| Defendants. | ) |

**STIPULATION**

   The United States, by and through its undersigned counsel, and the defendants, by and through their counsel of record, hereby stipulate as follows:

  1. By prior order, these matters were set for Preliminary Hearing on April 29, 2015.
  2. By this Stipulation, the parties now move to continue the Preliminary Hearing until June 12, 2015, at 2:00 p.m.
  3. Defendants Bryce Beaver and Charles Beaver made their initial appearance on March 4, 2015.  Defendant Sharod Gibbons made his initial appearance on March 13, 2015.

Stipulation to Continue P/H              1          United States v. Gibbons, et al.

4. All three defendants are presently out of custody and being supervised by a Pretrial Services Officer.

5. The United States has provided discovery to all three defendants.  This discovery consists of 30 CDs, including several hours of audio and video recordings.

6. The parties have discussed a potential pre-indictment resolution of this matter.  The parties need further time to discuss this matter, discuss any potential consequences, and to allow counsel for the defendants reasonable time necessary for preparation and further investigation.

7. The defendants understand that pursuant to 18 U.S.C. § 3161(b), "any information or indictment charging an individual with the commission of an offense shall be filed within thirty days from the date on which such individual was arrested."  Time may be excluded under the Speedy Trial Act if the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).  The parties jointly move to exclude time within which any indictment or information shall be filed from the date of this order, through and including June 12, 2015, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), because failure to do so would "deny counsel for the defendant . . . the reasonable time necessary for effective preparation, taking into account the exercise of due diligence."

///
///
///
///

Stipulation to Continue P/H                 2          United States v. Gibbons, et al.

8. Good cause exists under Rule 5.1(d) of the Federal Rules of Criminal Procedure.

**IT IS SO STIPULATED.**

DATED: April 28, 2015        /s/ Justin L. Lee
                             JUSTIN L. LEE
                             Assistant U.S. Attorney

DATED: April 28, 2015        /s/ Kelly Babineau
                             KELLY BABINEAU
                             Attorney for Bryce Beaver
                             (as authorized on April 27, 2015)

DATED: April 28, 2015        /s/ Robert Holley
                             ROBERT HOLLEY
                             Attorney for Charles Beaver
                             (as authorized on April 28, 2015)

DATED: April 28, 2015        /s/ Jeffrey Fletcher
                             JEFFREY FLETCHER
                             Attorney for Sharod Gibbons
                             (as authorized on April 27, 2015)

**ORDER**

IT IS SO FOUND AND ORDERED, this 28 day of April, 2015.

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Stipulation to Continue P/H            3            United States v. Gibbons, et al.