BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:15-MJ-0040-AC |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER |
| | ) CONTINUING PRELIMINARY HEARING |
| v. | ) DATE |
| | ) |
| BRYCE BEAVER, | ) |
| | ) Judge: Hon. Kendall J. Newman |
| Defendant. | ) |
| | ) |
| | ) |
| | ) |

## **STIPULATION**

The United States, by and through its undersigned counsel, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. By prior order, this matter was set for Preliminary Hearing on August 21, 2015.
2. By this Stipulation, the parties now move to continue the Preliminary Hearing until September 4, 2015, at 2:00 p.m.
3. The defendant made his initial appearance on March 4, 2015.
4. The defendant is presently out of custody and being supervised by a Pretrial Services Officer.

5. The United States has provided discovery to the defendant.  This discovery consists of 30 CDs, including several hours of audio and video recordings.

6. The parties have discussed a potential pre-indictment resolution of this matter.  The parties need further time to discuss this matter, discuss any potential consequences, and to allow counsel for the defendant reasonable time necessary for preparation and further investigation.

7. The defendant understands that pursuant to 18 U.S.C. § 3161(b), "any information or indictment charging an individual with the commission of an offense shall be filed within thirty days from the date on which such individual was arrested."  Time may be excluded under the Speedy Trial Act if the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).  The parties jointly move to exclude time within which any indictment or information shall be filed from the date of this order, through and including September 4, 2015, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), because failure to do so would "deny counsel for the defendant . . . the reasonable time necessary for effective preparation, taking into account the exercise of due diligence."

///
///
///
///
///
///

8. Good cause exists under Rule 5.1(d) of the Federal Rules of Criminal Procedure.

**IT IS SO STIPULATED.**


DATED: August 21, 2015            /s/ Justin L. Lee
                                  JUSTIN L. LEE
                                  Assistant U.S. Attorney

DATED: August 21, 2015            /s/ Kelly Babineau
                                  KELLY BABINEAU
                                  Attorney for Bryce Beaver
                                  (as authorized on August 19, 2015)


### ORDER

IT IS SO FOUND AND ORDERED, this 20th day of August, 2015.

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE