KELLY BABINEAU  (CA State Bar #190418)
The Law Office of Kelly Babineau, APC
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Tel:(916) 442-4948
Fax: (916) 442-8299
kbabineau@klblawoffice.net

Attorney for BRYCE BEAVER

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | No. 15-CR-00158 JAM |
| Plaintiff, ) | |
| ) | AMENDED STIPULATION |
| ) | AND |
| v. ) | ORDER |
| ) | |
| BRYCE BEAVER ) | Date:  11/3/2015 |
| Defendant. ) | Time:  9:15 a.m. |
| _____) | Judge: John A. Mendez |

     Plaintiff United States of America, by and through its counsel of record, and defendant Bryce Beaver, by and through his counsel of record, hereby stipulate as follows:

     1.    By previous order, this matter was set for status on October 20, 2015.

     2.    By this stipulation, defendant now moves to continue the status conference until November 3, 2015 at 9:15 a.m., and to exclude time between October 20, 2015 and November 3, 2015, under Local Code T4.  Plaintiff does not oppose this request.

     3.    The parties agree and stipulate, and request that the Court find the

following:

a. The government has provided the initial discovery. The defense is also in the process of investigation and research regarding the possible defenses in this case.

b. Counsel for defendant desires additional time to complete the review of discovery, to conduct defense investigation, and to discuss potential resolutions with her client. Counsel is continuing to engage in negotiations with the government.

c. Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d. The government does not object to the continuance.

e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 20, 2015 to November 3, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable

from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: October 19, 2015                Respectfully submitted,

                                       /s/ Kelly Babineau
                                       KELLY BABINEAU
                                       Attorney for Bryce Beaver


Dated: October 19, 2015                /s/Justin Lee
                                       JUSTIN L. LEE
                                       Assistant U.S. Attorney

## O R D E R

IT IS SO FOUND AND ORDERED this 19th day of October, 2015.

                           /s/    John    A.    Mendez
_____
                           JOHN A. MENDEZ
                           UNITED STATES DISTRICT COURT JUDGE