KELLY BABINEAU  (CA State Bar #190418)
The Law Office of Kelly Babineau, APC
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Tel:(916) 442-4948
Fax: (916) 442-8299
kbabineau@klblawoffice.net

Attorney for BRYCE BEAVER

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,   ) | No. 15-CR-00158 JAM |
| Plaintiff,   ) | |
|   ) | STIPULATION |
|   ) | AND |
| v.   ) | ORDER |
|   ) | |
| BRYCE BEAVER   ) | Date:  12/1/2015 |
| Defendant.   ) | Time:  9:15 a.m. |
| _____) | Judge: John A. Mendez |

     Plaintiff United States of America, by and through its counsel of record, and defendant Bryce Beaver, by and through his counsel of record, hereby stipulate as follows:

     1.     By previous order, this matter was set for status on November 3, 2015.

     2.     By this stipulation, defendant now moves to continue the status conference until December 1, 2015 at 9:15 a.m., and to exclude time between November 3, 2015 and December 1, 2015, under Local Code T4.  Plaintiff does not oppose this request.

     3.     The parties agree and stipulate, and request that the Court find the

following:

    a.    The government has provided the initial discovery.  The defense is also in the process of investigation and research regarding the possible defenses in this case.

    b.    Counsel for defendant desires additional time to complete the review of discovery, to conduct defense investigation, and to discuss potential resolutions with her client.  Counsel is continuing to engage in negotiations with the government.

    c.    Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d.    The government does not object to the continuance.

    e.    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f.    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 3, 2015 to December 1, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable

from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: October 30, 2015                    Respectfully submitted,

                                                    /s/ Kelly Babineau
                                                  KELLY BABINEAU
                                                  Attorney for Bryce Beaver

Dated: October 30, 2015                    /s/Justin Lee
                                                   JUSTIN L. LEE
                                                  Assistant U.S. Attorney

## O R D E R

IT IS SO FOUND AND ORDERED this 30th day of October, 2015

                                      /s/ John A. Mendez
_____
                                      JOHN A. MENDEZ
                                      UNITED STATES DISTRICT COURT JUDGE