1
2
3
4
5
6                    UNITED STATES DISTRICT COURT

7                    EASTERN DISTRICT OF CALIFORNIA

8

9    UNITED STATES OF AMERICA,            No.   2:15-cr-00158-JAM

10                   Plaintiff,

11        v.                              **ORDER FOR VOLUNTARY SURRENDER**

12   BRYCE BEAVER,

13                   Defendant.

14

15        Defendant Bryce Beaver ("Defendant"), having been sentenced

16   to the custody of the Bureau of Prisons, shall surrender to the

17   institution designated by the Bureau of Prisons, or if no such

18   institution has been designated, to the United States Marshal in

19   Sacramento, California before 2:00 p.m. on July 28, 2016.

20   Defendant is further advised that it is a criminal offense

21   punishable by a consecutive term of imprisonment to fail to

22   surrender for service of sentence on the date indicated by this

23   Order.  All conditions of pretrial release shall remain in effect

24   until Defendant surrenders in accordance with this Order.  The

25   Court retains jurisdiction over this matter, and will only change

26   the date or time of voluntary surrender upon motion of either the

27   defendant or the government and a showing of good cause.

28        The Clerk is directed to serve the U.S. Marshals Service a

                                    1

1    copy of this Order.

2         IT IS SO ORDERED.

3    Dated: May 24, 2016

4                                      _____

5                                      John A. Mendez,
                                       United States District Judge
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28