UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  2:15-CR-00158-JAM |
|---|---|
| Plaintiff, | ORDER GRANTING RULE 35 MOTION |
| v. | |
| BRYCE BEAVER, | |
| Defendant. | |

Upon consideration of the United States's motion pursuant to Rule 35 of the Federal Rules of Criminal Procedure filed on November 21, 2016, and for the reasons set forth in the United States's motion, the Court GRANTS the United States's Rule 35 motion. The Court's May 24, 2016 Judgment imposing a sentence of incarceration of one year and one day shall be reduced by six months to a total term of TIME SERVED.  Accordingly, defendant Bryce Beaver shall be released from the custody of the Bureau of Prisons as soon as practicable. The Bureau of Prisons shall have such time as is necessary for orderly outprocessing of the defendant. All other aspects of the original judgment shall remain in full force and effect.  IT IS SO ORDERED.

Dated:  12/9/2016

/S/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

ORDER GRANTING RULE 35 MOTION             1